IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY HARDEN,

    Petitioner,

  v.

                                    Case No.  21-cv-339-wmc

PETER J. JAEGER, Warden,
Prairie du Chien Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 8/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |